<table>
<tr><td>

JEFFREY J. HARRIS
THOMAS J. KING
RICHARD J. FODERA
DOREEN J. CORREIA
―――――
BRIAN S. LIFERIEDGE
DAWN K. GILBERT
VINCENT A. BRESCIA
PHILIP J. DeBERNARDIS
KEVIN J. McGINNIS
JOSEPH B. KUROLY
JERRY J. HESS
GLENDA R. CUNNINGHAM
LAURA R. EFRATI
SAMUEL G. LESMAN
JAMES MASTOROS

</td><td align="center">

LAW OFFICES
OF

**HARRIS, KING, FODERA & CORREIA**

EMPLOYEES OF THE LIBERTY MUTUAL GROUP, INC.
ONE BATTERY PARK PLAZA  29TH FLOOR
NEW YORK, NEW YORK  10004-1437
TELEPHONE  (212) 487-9701
FAX:  (603) 430-1946

</td><td>

MICHELLE T. BAGINSKI
JOSE M. GOMEZ
GERALDINE AINE
JENNIFER P. MAAS
JOSEFINA BELMONTE
CHIKODI E. EMERENINI
IRINA ZAMYATIN
AMANDA PRESCOTT-SEVERIN
EITAN MAGENDZO


SUBROGATION COUNSEL
MARK S. LABE

LEGAL OFFICE MANAGER
ANGELA RIZZICA

</td></tr>
</table>

October 2, 2017

Judge Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York   10007

Re:           Maccarone v Hardy, et al.
Docket #      17 CV  06061 (SHS) (GWG)
Date of Accident:   2/5/17

Honorable Judge Stein:

     I am an attorney in the office of Harris, King, Fodera & Correia, Counsel for the Hardy defendants in the above entitled property damage action. We have just been assigned the defense of this action. I have been advised that one of our clients has just passed away. Tiziana Hardy died on August 28, 2017. I have been in contact with the attorney who is working to constitute the estate. I respectfully request that our time to respond to the Complaint be extended until 30 days after an administrator is appointed.

     This is our corrected request for an extension of time to respond to the Complaint. Our office has advised Counsel for plaintiff, Wesley M. Mullen of our client's death. He will discuss an extension of time to answer with his client. I deeply apologize for my misunderstanding of my discussion with Mr. Mullen as I thought he agreed to an extension of time to answer. Our request is of course subject to your Honors' discretion and approval.

                        Very truly yours,

                        _____(S)_____

                        Vincent Brescia

VAB/xx
Cc: Wesley M. Mullen, Esq. (via ECF)