UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NICHOLAS MACCARONE,

                          Plaintiff,

    vs.

SEBASTIAN HARDY, as legal representative
Of the Estate of Hugh Hardy,
SEBASTIAN HARDY, as legal representative
Of the Estate of Tiziana Hardy,
PENELOPE HARDY, as legal representative
Of the Estate of Hugh Hardy,
PENELOPE HARDY, as legal representative
Of the Estate of Tiziana Hardy,
4 WEST 21ST STREET LLC; and THE BRODSKY
ORGANIZATION, LLC,

                          Defendants.
------------------------------------------------------------X
SEBASTIAN HARDY, as legal representative
Of the Estate of Hugh Hardy,
SEBASTIAN HARDY, as legal representative
Of the Estate of Tiziana Hardy,
PENELOPE HARDY, as legal representative
Of the Estate of Hugh Hardy,
PENELOPE HARDY, as legal representative
Of the Estate of Tiziana Hardy,

                        Third-Party Plaintiffs

    vs.

MIH SYSTEMS GROUP, LLC, URBAN
ASSOCIATES LLC, and 4 WEST 21ST STREET
OWNERS CORP.,

                        Third-Party Defendants.
------------------------------------------------------------X

17 CV 06061
(SHS)(GWG)

RULE 7.1
STATEMENT

{N1233006.1 }

PLEASE TAKE NOTICE that defendant, MIH Systems Group, LLC discloses that its members, corporate parents, subsidiaries and/or affiliates, securities or other interests are not publicly held.

Dated:   New York, New York
         January 5, 2018

                                        LONDON FISCHER LLP

                                        _____
                                        Brian A. Kalman
                                        Attorneys for Third-Party Defendant
                                        MIH Systems Group, LLC
                                        59 Maiden Lane
                                        New York, New York  10038
                                        (212) 972-1000

TO:

MULLEN P.C.
Attorneys for Plaintiff
200 Park Avenue, Suite 1700
New York, New York  10166
(646) 632-3718

LAW OFFICE OF FRANK A. SCANGA
Attorneys for Co-Defendants
4 WEST 21ST STREET LLC and THE
BRODSKY ORGANIZATION LLC
415 Madison Avenue, 16th Floor
New York, New York  10017
(212) 758-4040

Doreen Correia, Esq.
CORREIA, KING, FODERA, MCGINNIS
& LIFERIEDGE
Attorneys for Third-Party Plaintiffs
One Battery Park Plaza, 29th Floor
New York, New York 10004-1437
T: (212) 487-9701
F: (603) 430-1946

{N1233006.1 }