```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NICHOLAS MACCARONE,                  :    17-Cv-6061 (SHS)

               Plaintiff,       :    ORDER

   -against-                         :

SEBASTIAN HARDY, as legal representative of   :
the Estate of Hugh Hardy, *et al.*,

                                :

               Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A pretrial conference having been held today, with counsel for all parties present,

     IT IS HEREBY ORDERED that:

     1.    All dates in the Order dated November 13, 2017 [Document No. 30] shall remain as set, except the deposition of plaintiff shall take place on a date agreed upon by the parties;

     2.    The conference scheduled for February 20, 2018, at 9:30 a.m. will take place as scheduled; and

     3.    If there are any discovery disputes, the parties shall notify the Court, in writing, far enough in advance of April 2, 2018, for the dispute to be adjudicated and any necessary discovery taken before the close of discovery on April 2, 2018.

Dated:    New York, New York
           January 16, 2018

                                            SO ORDERED:

                                            Sidney H. Stein, U.S.D.J.