# LONDON FISCHER LLP

**59 MAIDEN LANE**
**NEW YORK, NEW YORK 10038**

(212) 972-1000
FACSIMILE: (212) 972-1030
WWW.LONDONFISCHER.COM

**IRVINE OFFICE**
2505 McCABE WAY, SUITE 100
IRVINE, CALIFORNIA 92614
TELEPHONE: (949) 252-0550
FACSIMILE: (949) 252-0553

**LOS ANGELES OFFICE**
21550 OXNARD STREET, SUITE 300
WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE: (818) 224-6068
FACSIMILE: (818) 224-6061

June 1, 2018

*Via ECF*
Honorable Judge Sidney H. Stein
United Stated District Court
For the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Maccarone v. Hardy, et al.*
Docket No.: 17-cv-6061
Our File No: 424.0567073

Dear Judge Stein:

Our office represents third-party defendant, MIH Systems, Group, LLC ("MIH"). I write pursuant to your direction at the conference held on May 29, 2018, regarding the issue of diversity.

None of the individuals who possess an ownership interest in MIH are residents of California, for the purposes of diversity in this action.

Respectfully submitted,

LONDON FISCHER LLP

Shorav Kaushik

SK

cc:

To All Counsel By ECF

{N1307697.1}