**FRANK A. SCANGA**
ATTORNEY AT LAW
415 MADISON AVENUE
16TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 758-4040
FACSIMILE: (212) 308-1347
ADMIN@SCANGALAW.COM

June 1, 2018

Via ECF
Honorable Judge Sidney H. Stein
United States District Court
For the Southern District of New York
500 Pearl Street
New York, New York 10007

| | |
|---|---|
| Re: | Maccarone v. 4 West 21st Street LLC, and The Brodsky Organization, LLC |
| Docket No.: | 17CV6061 |
| Clients: | 4 West 21st Street LLC, The Brodsky Organization, LLC, Urban Associates LLC, and 4 West 21st Street Owners Corp. |
| GNY File #.: | SP-0146793-01 |

Dear Judge Stein:

My office represents the defendants and third-party defendants, 4 West 21st Street LLC, The Brodsky Organization, LLC, Urban Associates LLC, and 4 West 21st Street Owners Corp., in the abovementioned action. I write pursuant to your direction at the conference held on May 29, 2018, regarding the issue of diversity.

None of the individuals who possess an ownership interest in 4 West 21st Street LLC, The Brodsky Organization, LLC, Urban Associates LLC, and 4 West 21st Street Owners Corp., are residents of California, for the purposes of diversity in this action.

Sincerely yours,

Frank A. Scanga

Encl.
FAS/ag