# LONDON FISCHER LLP
**59 MAIDEN LANE**
**NEW YORK, NEW YORK 10038**

IRVINE OFFICE
2505 MCCABE WAY, SUITE 100
IRVINE, CALIFORNIA 92614
TELEPHONE: (949) 252-0550
FACSIMILE: (949) 252-0553

(212) 972-1000
FACSIMILE: (212) 972-1030
WWW.LONDONFISCHER.COM

LOS ANGELES OFFICE
21550 OXNARD STREET, SUITE 300
WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE: (818) 224-6068
FACSIMILE: (818) 224-6061

June 7, 2018

*Via ECF*
Honorable Judge Sidney H. Stein
United Stated District Court
For the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Maccarone v. Hardy, et al.*
     Docket No.: 17-cv-6061
     Our File No:     424.0567073

Dear Judge Stein:

Our office represents third-party defendant, MIH Systems, Group, LLC ("MIH") and I am respectfully requesting to extend the time for MIH to move to dismiss the third party action from **June 8, 2018 to June 12, 2018. MIH is respectfully requesting the dispositive motions that are due June 8, 2018 now be due June 12, 2018.**

The parties have discussed resolution over the last week and in terms of dollars the parties are not far apart. The undersigned respectfully requests that the parties' collective energies be spent trying to resolve the case instead of drafting and opposing motions.

We respectfully thank the Court for entertaining MIH's application.

Respectfully submitted,

LONDON FISCHER LLP

Brian A. Kalman

BAK
cc:

{N1311117.1}